No. 619. OLIVER OIL GAS BURNER & MACHINE COMPANY *v.* INTERNATIONAL HEATING COMPANY ET AL. No-

vember 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. Wilbur B. Jones, Mr. S. W. Fordyce and Mr. Thomas W. White for petitioner. Mr. Frederick W. Lehmann for respondents.